**Order entered October 16, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00358-CR

**BRIAN GLENN JORDAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-0933222-I**

## ORDER

The Court grants appellant's October 6, 2014 request for an extension of time to file his pro se response to the *Anders* brief filed by counsel. Appellant's pro se response is due by **NOVEMBER 24, 2014**. No further extensions will be granted. If the pro se response is not received by the date specified, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Brian Glenn Jordan, TDCJ No. 01915696, Byrd Unit, 21 F.M. 247, Huntsville, TX 77320.

/s/    LANA MYERS
JUSTICE